```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 04 B 18866
   ANDRE A MARTINEZ
   SALLY A MARTINEZ                           CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY
             Debtor
    SSN XXX-XX-1851     SSN XXX-XX-0164

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 05/13/2004 and was confirmed 07/22/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  28.11% from remaining funds.

     The case was paid in full 01/08/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
-------------------------------------------------------------------------------
CITIFINANCIAL              SECURED           1500.00        64.76        1500.00
GENERAL MOTORS ACCEPTANC   SECURED          12000.00       680.68       12000.00
HARLEM FURNITURE           SECURED               .00          .00            .00
MID AMERICA BANK           CURRENT MORTG        .00          .00            .00
MID AMERICA BANK           CURRENT MORTG        .00          .00            .00
MID AMERICA BANK           MORTGAGE ARRE    1600.00          .00         1600.00
MID AMERICA BANK           MORTGAGE ARRE     250.00          .00          250.00
WELLS FARGO HOME MORTGAG   CURRENT MORTG        .00          .00            .00
WELLS FARGO HOME MORTGAG   MORTGAGE ARRE    1100.00          .00         1100.00
CAPITAL ONE BANK           UNSECURED         788.70          .00          221.66
CAPITAL ONE                NOTICE ONLY    NOT FILED          .00            .00
GREAT AMERICAN CASH ADVA   UNSECURED      NOT FILED          .00            .00
GREAT AMERICAN CASH ADVA   UNSECURED      NOT FILED          .00            .00
INSTANT CASH ADVANCE       UNSECURED      NOT FILED          .00            .00
INSTANT CASH ADVANCE       UNSECURED      NOT FILED          .00            .00
NICOR GAS                  UNSECURED        1010.03          .00          283.87
PAYDAY LOANS               UNSECURED      NOT FILED          .00            .00
PAYDAY LOANS               UNSECURED      NOT FILED          .00            .00
PENTAGON FEDERAL CREDIT    UNSECURED       11089.99          .00         3116.84
PENTAGON FEDERAL CREDIT    UNSECURED        5620.04          .00         1579.51
ST JAMES HOSPITAL C U      UNSECURED      NOT FILED          .00            .00
WELLS FARGO HOME MORTGAG   COST OF COLLE     16.68          .00           16.68
GENERAL MOTORS ACCEPTANC   UNSECURED        3947.35          .00         1109.40
CITIFINANCIAL              UNSECURED      NOT FILED          .00            .00
WORLD FINANCIAL NETWORK    UNSECURED OTH    4110.33          .00         1159.03
PENTAGON FEDERAL CREDIT    UNSECURED        5065.10          .00         1423.55
KOFKIN SPRINGER & SCHEIN   DEBTOR ATTY     1,200.00                     1,200.00
TOM VAUGHN                 TRUSTEE                                      1,494.02
DEBTOR REFUND              REFUND                                       4,073.42

         Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
```

```
                        RECEIPTS          DISBURSEMENTS
-------------------------------------------------------------------------
TRUSTEE                 32,873.42

PRIORITY                                            .00
SECURED                                       16,466.68
    INTEREST                                     745.44
UNSECURED                                      8,893.86
ADMINISTRATIVE                                 1,200.00
TRUSTEE COMPENSATION                           1,494.02
DEBTOR REFUND                                  4,073.42
                        ---------------   ---------------
TOTALS                  32,873.42             32,873.42
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 04/24/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                            PAGE   2
        CASE NO. 04 B 18866 ANDRE A MARTINEZ & SALLY A MARTINEZ